AO 10
Rev. 1/2015

# FINANCIAL DISCLOSU
## FOR CALENDAR YI

| | |
|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Roberts, Richard W. | **2. Court or C**<br><br>U.S. Distric |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | **5a. Report Ty**<br><br>☐ Nomin<br>☐ Initial<br><br>**5b.** ☑ A |

**7. Chambers or Office Address**

U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001

*IMPORTANT NOTES: The instructions accomp*
*checking the NONE box for each part w*

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions )

☐ NONE *(No reportable positions.)*

POSITION

1. Power of attorney

Name of Pers

**Roberts, R**

# III. NON-INVESTMENT INCOME. *(Reporting individual and s*

## A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## B. Spouse's Non-Investment Income – *If you were married during any porti*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE |
|---|---|---|
| 1. | 2014 | |

Name of Pers

Roberts, R

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing i*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESC |
|--------|------|
| 1. Lerner Family | Ticket to Washington Nationals |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp.*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESC |
|----------|------|
| 1. | |

**Name of Pers**

**Roberts, R**

## VII. INVESTMENTS and TRUSTS -- *income, value, transaction*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of rep |
|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 1. | Justice Federal Credit Union | A | Interest | N |
| 2. | Citibank Accounts | A | Interest | N |
| 3. | Delhaze American Common Stock | A | Dividend | J |
| 4. | Small Claims judgment against John Bowen | | None | J |
| 5. | ▓▓▓ 401(K) (Fidelity) | | | |
| 6. | -NTGI S&P 500 | | None | M |
| 7. | -NT Russell 2000 | | None | K |

**Name of Pers**

**Roberts, R**

## VII. INVESTMENTS and TRUSTS — *income, value, transaction*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of rep |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 18. Capital World Gr+Inc. Fund (JL) | A | Dividend | J |
| 19. Washington Mut. Invr. Fund (JL) | A | Dividend | J |
| 20. Europacific Gr. Fund (JL) | A | Dividend | J |
| 21. Europacific Growth Fund (RJ IRA) | A | Dividend | J |
| 22. Fidelity Advisor New Insights (RJ IRA) | D | Dividend | M |
| 23. iShares 1-3 Year Treasury (RJ IRA) | A | Dividend | K |
| 24. iShares MSCI EAFE (RJ IRA) | B | Dividend | K |

Name of Pers

Roberts, R

## VII. INVESTMENTS and TRUSTS – *income, value, transaction*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of repo |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 35. American Fund Money Market -529A, | A | Dividend | J |
| 36. The Growth Fund of America, -529A, | | None | |
| 37. New Perspective -529A, | A | Dividend | |
| 38. Washington Mutual Investors -529A, | A | Dividend | J |
| 39. The Bond Fund of America -529A, | A | Dividend | J |
| 40. U.S. Government Securities -529A, | A | Dividend | K |
| 41. American Funds Money Market -529A, | A | Dividend | K |

Name of Pers

Roberts, R

## VII. INVESTMENTS and TRUSTS -- *income, value, transaction*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of rep |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 52. BlackRock Strat Income | B | Dividend | L |
| 53. Federated Stock and Muni | C | Dividend | M |
| 54. | | | |
| 55. | | | |

Name of Pers

Roberts, R

## VIII. ADDITIONAL INFORMATION OR EXPLAN

Part V, line 1. Ticket was unpriced. Value listed is pure speculation.

Part VII Column D has been left blank in many lines as transactions less than $1 (pg. 52 of instructions). In reality, there have been transactions, but these fall o

Line 29- Cash (RJ): This is an FDIC insured cash account inside of the investr bank deposits and not reportable (pg. 52 of instructions).

Lines 36-39 - These were accounts within ▮▮▮ 529 plan that were sold during reporting threshold; therefore, no dates are listed in Column 2 (Section D) but a liquidated over the year with no remaining balance as of 12/31/2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard W. Roberts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544